

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00387-CV

**IN RE S.J.** and K.T.J.

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014PA01630
Honorable Martha Tanner, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We ORDER that appellee is awarded costs that appellee incurred related to this appeal.

SIGNED November 7, 2018.

_____
Luz Elena D. Chapa, Justice